An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BECKY FISHBEIN, N/K/A BECKY HARDT-HARDING,

Appellant,

vs.

CHAD FISHBEIN,

Respondent.

No. 67916

**FILED**

JUL 09 2015

GRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

### ORDER DISMISSING APPEAL

When this pro se appeal was docketed, this court gave appellant 40 days to file and serve the civil proper person appeal statement. Appellant's civil proper person appeal statement was due to be filed in this court by June 10, 2015. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. James E. Wilson, District Judge
Becky Fishbein
Chad Fishbein
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20853